# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:16-cr-00014-GMN-CWH |
| vs. | **ORDER** |
| RONALD HARRIS, | |
| Defendant. | |

Presently before the Court is Defendant's Motion to Suppress (ECF No. 12), filed on May 25, 2016. Given the upcoming trial date, the Court will consider this motion on an expedited schedule.

IT IS THEREFORE ORDERED that responses to Defendant's Motion to Suppress (ECF No. 12) are due by 5:00 p.m. on June 6, 2016. Replies in support of the motion are due by June 9, 2016.

IT IS FURTHER ORDERED that an evidentiary hearing on Defendant's Motion to Suppress (ECF No. 12) is set for Monday, June 13, 2016, at 9:00 a.m.

DATED: May 26, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**