DAYLE ELIESON
United States Attorney
District of Nevada
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6503
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Ronald Harris*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD HARRIS,<br><br>Defendant. | Case No. 2:09-cr-00223<br><br>and Case No. 2:16-cr-00014<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING AND SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Ronald Harris, and Robert A. Knief, Assistant United States Attorney, that the hearing to determine whether to revoke Mr. Harris' supervised release, which was scheduled for Thursday, June 21, 2018 at 9:30am, and the hearing to sentence Mr. Harris, scheduled to take place on the same date, be continued to some future date at least 60 days from the aforementioned date(s).

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Harris previously contacted a mental health professional to

evaluate Mr. Harris, who requires additional time in which to evaluate him, and prepare a report.

2. Additionally, counsel for Mr. Harris also requires additional time to prepare possible mitigation testimony from other third parties.

3. The defendant is in custody, but has no objection to the continuance.

4. Additionally, counsel for the United States has no objection to this continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing and disposition until a date and time convenient to the court.

7. This is the fourth request for a continuance.

DATED: June 11, 2018

| LAW OFFICE OF TELIA U. WILLIAMS | UNITED STATES ATTORNEY |
|---|---|
| By: /s/ Telia U. Williams | By: /s/ Robert A. Knief |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com | Dayle Elieson, Esq.<br>Robert A. Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 697-7525 |
| *Attorney for Defendant,*<br>*Ronald Harris* | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD HARRIS,<br><br>Defendant. | Case No. 2:09-cr-00223<br><br>and Case No. 2:16-cr-00014<br><br>**ORDER** |

## **FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by and between the United States and Ronald Harris to continue the revocation hearing in this case is entered into in good faith, and finds that:

1. Counsel for Mr. Harris is in the process of obtaining a mental health evaluation and other supporting materials and/or testimony from third parties in support of mitigation of any penalty imposed against Mr. Harris.
2. The defendant is in custody, but has no objection to the continuance.
3. Counsel for the United States has no objection to this continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the hearing until a date and time convenient to the court.
6. The parties request the hearings be <u>continued to some future date at least 60 days from present date of hearing.</u>
7. This is the fourth request for a continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant herein the opportunity to fully prepare for his revocation hearing, and his sentencing hearing.

Thus, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Revocation Hearing and Sentencing Hearing that was scheduled for June 21, 2018 at 9:30 am, be continued to September 13, 2018, at 11:00 a.m. in Courtroom 7D.

DATED this __13__ day of __June__, 2018.

_____
UNITED STATES DISTRICT JUDGE