# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
              Plaintiff, )    Case No. 2:16-cr-00014-GMN-CWH
)
vs. )    **ORDER**
)
RONALD HARRIS, )
)
              Defendant. )
_____)

      Presently before the court are defendant Ronald Harris's motions requesting appointment of new counsel and sentencing transcripts (ECF Nos. 96, 97), filed on November 26, 2018. Today, attorney Mark D. Eibert was appointed to represent Harris for his appeal. (Order Appointing Counsel (ECF No. 100).) The court therefore will deny Harris's motion for new counsel as moot. As for Harris's motion for sentencing transcripts, the court will deny the motion without prejudice for his attorney to take appropriate action. *See* LR IA 11-6(a) (stating that "[a] party who has appeared by attorney cannot while so represented appear or act in this case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney.").

      IT IS SO ORDERED.

      DATED: December 4, 2018

                                          _____
                                          **C.W. Hoffman, Jr.**
                                          **United States Magistrate Judge**