UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATE OF AMERICA, | Case No. 2:16-cr-00014-GMN |
| Plaintiff-Appellee, | **AMENDED ORDER APPOINTING APPELLATE COUNSEL** |
| v. | |
| RONALD HARRIS, | |
| Defendant-Appellant. | |

Pursuant to the order filed November 30, 2018 by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

IT IS HEREBY ORDERED THAT Mark D. Eibert, Esq. is appointed to represent RONALD HARRIS for this appeal.

Mr. Eibert's address is P.O. Box 1126, Half Moon Bay, California 94019 and phone number is 650-638-2380.

Former counsel, Telia U. Williams, is directed to forward the file to Mr. Eibert forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this _____6_____ day of December 2018.
*Nunc Pro Tunc*:  December 4, 2018.

_____
CHIEF JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE