```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF NEVADA
 3   UNITED STATES OF AMERICA,    )
                                  ) Case No. 2:16-cr-00014-GMN-CWH
 4              Plaintiff,        )
                                  )   ORDER TEMPORARILY
 5   vs.                          ) UNSEALING AUDIO RECORDINGS
                                  )
 6   RONALD HARRIS,               )
                                  )
 7              Defendants.       )
     _____)
 8
 9        Mark D. Eibert, Esq., filed a Designation of Transcripts
10   (Doc. 108).  Of the transcripts requested, the following
11   docket numbers are proceedings that are either sealed or
12   contain a sealed portion:  Docket Nos. 49 & 68.  The
13   transcripts are to be prepared by AMBER McCLANE, Certified
14   Court Transcriber.
15        **IT IS THE ORDER OF THE COURT** that the sealed audio
16   recording shall be unsealed for the limited purpose of
17   preparing the transcript by AMBER McCLANE and providing a copy
18   of the transcript to Mark D. Eibert, Esq., as requested.
19        **IT IS FURTHER ORDERED** that the audio recording shall
20   thereafter be resealed and a certified copy of the transcript
21   be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and
22   remain sealed until further order of this Court.
23        **IT IS FURTHER ORDERED** that the receiving party shall not
24   disclose the sealed contents of the transcript of the
25   proceeding to anyone other than the representatives of the
```

1  parties directly concerned with this case.
2      **DATED** February 4, 2019

                    _____
                           CARL W. HOFFMAN
                    United States Magistrate Judge