RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Ronald Dain Harris

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RONALD DAIN HARRIS,<br><br>        Defendant. | Case No. 2:16-cr-00014-GMN-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Ronald Dain Harris, that the Revocation Hearing currently scheduled on December 11, 2023, be vacated and continued to January 8, 2023.

    This Stipulation is entered into for the following reasons:

    1.    At the time currently set for the Revocation Hearing in this matter, defense counsel will be in Reno for a sentencing hearing in *United States v. Carson*, Case No. 3:22-cr-00010-MMD-CLB (D. Nev.).

    2.    The defendant is in custody.

    3.    The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 6th day of December, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Robert Knief*<br>ROBERT KNIEF<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD DAIN HARRIS,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00014-GMN-CWH<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 11, 2023 at 10:00 a.m., be vacated and continued to January 8, 2024 at the hour of 9:00 a.m.

　　　DATED this  6  day of December, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE